### OCEAN STATE FINISHING CO.

v.

### DEPARTMENT OF EMPLOYMENT SECURITY, BOARD OF REVIEW.

No. 83-528-M.P.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Omer A. Sutherland, Sutherland & DiGianfilippo Inc., Woonsocket, for petitioner.

Joseph R. DeCiantis, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.